UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/22
```

Anshuman Bhatia,

              Plaintiff,

–v–

City of New York, et al.,

              Defendants.

21-cv-8363 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      An initial pretrial conference is scheduled in this matter for March 11, 2022, at 3:00 p.m. The conference will proceed by telephone. The parties and members of the public may access the conference by dialing (888) 363-4749 and entering access code 9196964.

      The parties are ORDERED to submit a proposed case management plan and joint letter, in accordance with Dkt. No. 6, on or before **March 7, 2022**. In the joint letter, the parties should advise the Court if they can do without a conference altogether.

      SO ORDERED.

Dated: March 4, 2022
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge