UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ANSHUMAN BHATIA, :
:
:
                Plaintiff, :
: 21-CV-8363 (JMF)
    -v- :
: ORDER
:
CITY OF NEW YORK et al., :
:
                Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated on the record during the teleconference held earlier today:

- By **August 19, 2022**, Defendant Coye must file a notice of appearance on the docket. For assistance, Coye may contact the Court's Pro Se Intake Unit at (212) 805-0175 or the NYLAG Legal Clinic at (212) 659-6190.

- Plaintiff is directed to promptly schedule a settlement conference with Magistrate Judge Cott. If Plaintiff is unable to coordinate with all parties to schedule the settlement conference by **August 26, 2022**, Plaintiff shall file a status update letter explaining the reason for the delay. If the settlement conference is scheduled before that deadline, no letter is required.

- Plaintiff is directed to email Defendant Coye a copy of this Order at the email address stated on the record today. Coye is cautioned that continued failure to respond to Orders from the Court may result in a default judgment being entered against him.

- Per the Court's prior Orders, Defendants' deadline to answer or otherwise respond to the Complaint is **two weeks after the settlement conference.**

The Clerk of Court is directed to send a copy of this Order to Defendant Bourne.

    SO ORDERED.

Dated: August 9, 2022　　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge