

| | | |
|---|---|---|
| **HON. SYLVIA O HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-177<br>NEW YORK, NY 10007 | ALAN H. SCHEINER<br>Special Federal Litigation Division<br>phone: (212) 356-3455<br>fax: (212) 356-0399<br>email: ascheine@law.nyc.gov |

*Application GRANTED. The Clerk of Court is directed to terminate ECF No. 79.*

*SO ORDERED.*

*[signature]*

*December 28, 2022*

December 26, 2022

<u>**Via ECF**</u>

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

    Re: *Anshuman Bhatia v. City of New York, et al.,* 21-CV-08363 (JMF)(JLC)

Your Honor:

    I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter.

    I write on behalf of the City to respectfully request, with the consent of the plaintiff, an extension of thirty (30) days, from January 3, 2023, to February 2, 2023, of the deadline set by the Court's dismissal order of November 2, 2022 (ECF No. 78), of the time for any party to move to reopen the case if the settlement is not consummated. The extension is requested because, due to press of other matters and unusual non-monetary elements of the settlement, the City's drafting of proposed settlement papers was delayed. Plaintiff now has the proposed draft papers under consideration. In addition, there may be unanticipated drafting issues to be resolved, and there are three unrepresented individual defendants who also need to approve and execute the documents once they are approved by the City and the plaintiff. Accordingly, an additional thirty days is requested to allow the parties to complete the documentation of their settlement.

    We thank the Court for its consideration in this matter.

                      Respectfully submitted,

                      *Alan H. Scheiner* /s/

                      Alan H. Scheiner
                      Senior Counsel

cc (via ECF): All Counsel