

**HON. SYLVIA O HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ALAN H. SCHEINER
Special Federal Litigation Division
phone: (212) 356-3455
fax: (212) 356-0399
email: ascheine@law.nyc.gov

*Application GRANTED. The deadline to move to reopen the case is extended, nunc pro tunc, to March 6, 2023. The Clerk of Court is directed to terminate ECF No. 81.*

*SO ORDERED.*

*[signature]*

*February 3, 2023*

February 2, 2023

**Via ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

Re:  *Anshuman Bhatia v. City of New York, et al.,* 21-CV-08363 (JMF)(JLC)

Your Honor:

I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter.

I write on behalf of the City to respectfully request, with the consent of the plaintiff, an extension of thirty (30) days, from February 2, 2023, to March 6, 2023, of the deadline set by the Court's dismissal order of December 28, 2022 (ECF No. 80), of the time for any party to move to reopen the case if the settlement is not consummated. The extension is requested because, although the parties have exchanged additional drafts, details of the parties' agreement remain to be finalized and the assent of three individual defendants (not represented by this office) who are participating in the settlement remains to be obtained. This is the second request for extension of this deadline; the first request was granted by the Court, upon consent.

Accordingly, an additional thirty days is requested to allow the parties to complete the documentation of their settlement.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*Alan H. Scheiner* /s/

Alan H. Scheiner
Senior Counsel

cc (via ECF): All Counsel