

**HON. SYLVIA O HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET, Rm. 3-177
NEW YORK, NY 10007

ALAN H. SCHEINER
Special Federal Litigation Division
phone: (212) 356-3455
fax: (212) 356-0399
email: ascheine@law.nyc.gov

March 3, 2023

**Via ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

*Application GRANTED. The represented parties are directed to file a joint status letter on March 17, 2023, detailing further efforts to obtain the signature of the individual defendants. The Clerk of Court is directed to terminate ECF No. 83.*

*SO ORDERED.*

*March 6, 2023*

Re: *Anshuman Bhatia v. City of New York, et al.,* 21-CV-08363 (JMF)(JLC)

Your Honor:

      I am a Senior Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendant City of New York in the above-referenced matter.

      I write on behalf of the City to respectfully request, with the consent of the plaintiff, an extension of thirty (30) days, from March 6, 2023 to April 5, 2023, of the deadline set by the Court's dismissal order of December 28, 2022 (ECF No. 81), of the time for any party to move to reopen the case if the settlement is not consummated. The extension is requested because, the City and plaintiff have agreed on the text of the settlement documents but additional time is required to obtain the signature of the individual defendants, two of whom are not represented by counsel. This is the third request to extend this deadline, the prior requests were granted upon consent.

      Accordingly, an additional thirty days is requested to allow the parties to complete the documentation of their settlement.

      We thank the Court for its consideration in this matter.

Respectfully submitted,

*Alan H. Scheiner* /s/
Alan H. Scheiner
Senior Counsel

cc (via ECF): All Counsel