UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

ANSHUMAN BHATIA,

                                        Plaintiff,

                      -against-

THE CITY OF NEW YORK, JOSEPH COYE,  DHS PEACE
OFFICER IAN BOURNE, and DHS LIEUTENANT ROBERT
DIAZ,

                                      Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND
ORDER OF DISMISSAL**

21CV08363 (JMF) (JLC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

    1.     The above-referenced action is hereby dismissed with prejudice; and

                    **[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

2.       Notwithstanding the dismissal of this action in accordance with this agreement,

the District Court shall continue to main jurisdiction over this action for the purpose of enforcing

the terms of the settlement agreement reached between the parties and set forth in the Stipulation

of Settlement executed by the parties in this matter.

Dated: New York, New York
       March 17, 2023

GIDEON ORION OLIVER, ATTORNEY
AT LAW
*Attorneys for Plaintiff*
277 Broadway, Suite 1501
New York, NY 10007
718-783-3682

By: _____
       Gideon O. Oliver
       Attorney for Plaintiff


LAW OFFICE OF DAVID BLUM
*Attorney for Defendant Lt. Robert Diaz*
286 Madison Avenue
Suite 1802
New York, NY 10123


By: _____
       David Blum

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
       City of New York
*Attorney for Defendant City of New York*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____

Alan H. Scheiner
*Senior Counsel*


IAN BOURNE

By: _____
       Defendant *Pro Se*


JOSEPH COYE

By: _____
       Defendant *Pro Se*


SO ORDERED:

_____
HON. JESSE M FURMAN
UNITED STATES DISTRICT JUDGE

Dated: ___March 20___, 2023